**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Michael Tracy HARMON, a/k/a Mike,
a/k/a Mikey, Defendant—
Appellant.**

No. 06–6962.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 25, 2006.

Decided: Aug. 3, 2006.

Michael Tracy Harmon, Appellant Pro Se. Fernando Groene, Office of the United States Attorney, Newport News, Virginia, Robert Joseph Seidel, Jr., Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Tracy Harmon appeals the district court's orders denying Harmon's motion for relief under 18 U.S.C. § 3582(c)(2) (2000), and Harmon's motions for reconsideration of that order. We have reviewed the record and affirm the denial of the

underlying order for the reasons stated by the district court. In addition, we find no abuse of the district court's discretion in denying the motions for reconsideration. *United States v. Williams*, 674 F.2d 310, 312 (4th Cir.1982). Accordingly, we affirm the district court's orders. *United States v. Harmon*, No. 2:99–cr–00023–RBS–13 (E.D. Va. Apr. 3, 2006; April 19, 2006; May 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*